IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02754-RPM

WILLIAM FONTANETTA,

      Plaintiff,

v.

TIMBER CREEK HOMEOWNERS ASSOCIATION, INC.,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Joint Stipulation for Dismissal with Prejudice [10] filed June 13, 2013, it is

      ORDERED that this action is dismissed with prejudice, all parties to pay their own costs and fees.

      Dated: June 14th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge